IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cr-00454

THE PEOPLE OF COLORADO,

Plaintiff,

v.

CLIF LEE HAIR,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUMMARY REMAND

Defendant Clif Lee Hair has filed *pro se* on October 30, 2008, a "Notice of Removal" in which he states that he is removing to this Court case number 2008-T-119 from the County Court of Baca County. Therefore, this criminal action has been opened. For the reasons stated below, the criminal case will be remanded to the state court.

The Court must construe the "Notice of Removal" liberally because Mr. Hair is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110.

Pursuant to 28 U.S.C. § 1446(a), a defendant desiring to remove a criminal prosecution from a state court must file a notice of removal that contains a short and plain statement of the grounds for removal together with a copy of all process, pleadings, and orders served upon the defendant in the state court. Mr. Hair has failed

to comply with § 1446(a). He has not provided a short and plain statement of the grounds for removal and he has failed to provide copies of the state court process, pleadings, and orders. Even construing the notice of removal liberally, the Court is unable to ascertain any legitimate basis for removal of Mr. Hair's state court criminal case. Therefore, case number 2008-T-119 will be remanded summarily to the County Court of Baca County pursuant to 28 U.S.C. § 1446(c)(4). Accordingly, it is

ORDERED that case number 2008-T-119 is remanded summarily to the County Court of Baca County. It is

FURTHER ORDERED that the clerk of this Court shall mail a certified copy of this order to the clerk of the County Court of Baca County.

DATED at Denver, Colorado, this 12 day of November, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cr-00454

Clif Hair
P.O. Box 328
Walsh, CO 81090

County Court of Baca County
741 Main St
Springfield, CO 81073

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/13/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk