**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 6, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| In re: CLIF LEE HAIR,<br><br>Movant. | No. 09-1034<br>(D.C. No.1:08-CR-00454-ZLW-1) |

---

**ORDER**

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk